AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

12013342
FID 1201332

for the

District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 4:41 pm, Sep 03, 2026

United States of America
v.
SUNGIA IRVING

Defendant

Case: 1:26-cr-000206
Assigned To: Judge Leon, Richard J.
Assign Date: 9/2/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SUNGIA IRVING, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 - (Wire Fraud)

18 U.S.C. § 1344 - (Bank Fraud)

18 U.S.C. § 1028A(a)(1) - (Aggravated Identity Theft)

Date: 09/02/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/2/2026, and the person was arrested on *(date)* 9/9/2026 at *(city and state)* Hyattsville, MD.

Date: 9/10/2026

*Arresting officer's signature*

Wesley Mughissa, Special Agent
*Printed name and title*